PER CURIAM.
Affirmed. See Grant v. State, 390 So.2d 341 (Fla.1980), cert. denied, 451 U.S. 913, 101 S.Ct. 1987, 68 L.Ed.2d 303 (1981); State v. Freber, 366 So.2d 426 (Fla.1978); Sullivan v. State, 303 So.2d 632 (Fla.1974), cert. denied, 428 U.S. 911, 96 S.Ct. 3226, 49 L.Ed.2d 1220 (1976); Gaines v. State, 406 So.2d 523 (Fla. 4th DCA 1981); Judd v. State, 402 So.2d 1279 (Fla. 4th DCA 1981), review denied, 412 So.2d 470 (Fla.1982); Jacobson v. State, 375 So.2d 1133 (Fla. 3d DCA 1979), cert. denied, 385 So.2d 758 (Fla. 1980); Crews v. State, 353 So.2d 210 (Fla. 3d DCA 1977), cert. denied, 359 So.2d 1212 (Fla.1978).